UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eastern Division                                           Case No. 1:20-cv-12233-MLW

|  |  |
|---|---|
| LISA STATZ,<br>    Plaintiff,<br><br>vs.<br><br>INTEGRATED DERMATOLOGY GROUP, LLC<br>and MARK S. AMSTER, M.D.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT STATEMENT PURSUANT TO**
**FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

After conferring pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1(b) and Notice of Scheduling Conference [Doc. 9], Plaintiff Lisa Statz ("Plaintiff" or "Statz") and Defendants Integrated Dermatology Group, LLC and Mark S. Amster, M.D. ("Defendants" or "IDG" or "Amster"), respectfully submit this joint statement:

**Agenda**

No matters to be discussed other than establishing a proposed pretrial schedule.

**Timetable for Discovery and Motion Practice**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), the parties propose the following pretrial schedule:

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **May 21, 2021 (Friday)**.

2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **June 18, 2021 (Friday)**.

3. **Fact Discovery – Interim Deadlines.**

    a. All requests for production of documents and interrogatories must be served by **September 24, 2021 (Friday)**.
    b. All requests for admission must be served by **October 29, 2021 (Friday)**.
    c. All depositions, other than expert depositions, must be completed by **January 31, 2022 (Monday)**.
    d. **Final Fact Discovery Deadline.** All discovery, other than expert discovery, must be completed by **January 31, 2022 (Monday)**. This proposed schedule for discovery considers the logistics of COVID-19 protocols, as well as the party's agreement to revisit mediation throughout the litigation.

4. **Status Conference**. A status conference will be held on **To be scheduled at the convenience of the Court**.

5. **Dispositive Motions**.

    a. Dispositive Motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **March 4, 2022 (Friday)** with the opposition due **April 4, 2022 (Monday)**. Reply and Surreply Brief requirements to be determined by the Court in accordance with the Local Rules.

6. **Expert Discovery**.

    a. Trial experts for the party with the burden of proof must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, **thirty days** after the Court rules on dispositive motions.

    b. Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed **thirty days thereafter**.

    c. All trial experts must be deposed **within thirty days** of the rebuttal designation.

7. **Initial Pretrial Conference.** An initial pretrial conference will be **scheduled at the convenience of the Court**. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference.

**Phased Discovery**

The parties have considered phased discovery, and at this time do not believe it is warranted.

2

**Trial by Magistrate**

The parties' consent to a trial by a magistrate judge.

**Settlement Proposals**

In accordance with Local Rule 16.1(c) and the Notice of Scheduling Order, Plaintiff will present a written settlement demand to Defendant on or before **April 23, 2021 (Friday)**. Counsel for Defendant will respond in writing by **April 30, 2021 (Friday,)**.

**Limitations on Discovery Events**

The Parties agree that each side may take one deposition in excess of seven hours, but not more than twelve hours. The Parties do not request any other modifications to the discovery limitations as provided for in the Local Rules and the Federal Rules of Civil Procedure.

**Local Rule 16.1(d)(3) Certifications**

The parties' certifications are being filed separately with this Court.

The parties have discussed but not yet agreed to mediation. Counsel for both parties have agreed to revisit mediation throughout the litigation as warranted, particularly after the exchange of initial disclosures and after there has been some preliminary discovery.


Respectfully submitted,

| *Counsel for Plaintiff Lisa Statz,* | *Counsel for Defendants Integrated Dermatology Group, LLC, and Mark S. Amster, M.D.,* |
|---|---|
| /s/ Justine H. Brousseau | /s/ Kathleen M. White |
| Justine H. Brousseau, BBO #553776 | Matthew D. Freeman, BBO #664355 |
| Nina J. Kimball, BBO #547567 | Kathleen M. White, BBO #705994 |
| KIMBALL BROUSSEAU LLP | JACKSON LEWIS P.C. |
| One Washington Mall, 7th Floor | 75 Park Plaza, 4th floor |
| Boston, MA 02108 | Boston, MA 02116 |
| 617-367-9449 | 617-367-0025 |
| jbrousseau@kbattorneys.com | Matthew.Freeman@jacksonlewis.com |
| nkimball@kbattorneys.com | Kathleen.White@jacksonlewis.com |

Dated:  April 16, 2021

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.2(b)**

In accordance with Local Rule 5.2(b) I, Justine H. Brousseau, counsel for Plaintiff, hereby certify that on April 16, 2021, I electronically filed the foregoing document with the Clerk of Court through the ECF system and that the document is available for viewing and downloading from the Court's CM/ECF system. Service by electronic means will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Justine H. Brousseau
Justine H. Brousseau, Esq.

*Counsel for Defendants Integrated Dermatology Group, LLC, and Mark S. Amster, M.D.,*

Matthew D. Freeman, BBO #664355
Kathleen M. White, BBO #705994
JACKSON LEWIS P.C.
75 Park Plaza, 4th floor
Boston, MA 02116
617-367-0025
Matthew.Freeman@jacksonlewis.com
Kathleen.White@jacksonlewis.com

4835-0528-5862, v. 1

4