UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eastern Division                                    Case No. 1:20-cv-12233-MLW

|  |  |
|---|---|
| LISA STATZ, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| INTEGRATED DERMATOLOGY GROUP , LLC | ) |
| and MARK S. AMSTER, M.D., | ) |
|     Defendants. | ) |

## PLAINTIFF'S RULE 16.1 (D)(3) CERTIFICATION

Pursuant to Local Rule 16.1 (D)(3), counsel for the Plaintiff Lisa Statz hereby certifies and affirms that she has conferred with Plaintiff with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and to consider the resolution of the litigation using alternative methods of dispute resolution such as those outlined in Local Rule 16.4.

                                                         Respectfully Submitted,
                                                         By Her Attorney,

                                                         /s/ *Justine H. Brousseau*
                                                         Justine H. Brousseau   BBO# 553776
                                                         Nina Joan Kimball   BBO# 547567
                                                         KIMBALL BROUSSEAU LLP
                                                         One Washington Mall, 7th Floor
Dated: April 16, 2021                      Boston, MA  02108
                                                         (617) 367-9449
                                                         jbrousseau@kbattorneys.com
                                                         nkimball@kbattorneys.com

Case 1:20-cv-12233-JGD   Document 12   Filed 04/16/21   Page 2 of 2

**Acknowledged by:**

*/s/ Lisa Statz*                                                            *4/14/21*
Lisa Statz, Individually                                    Date

**Certificate of Service**

I, Justine H. Brousseau, hereby certify that on April 16, 2021**,** I served this Certification on Defendant's counsel identified below to be filed along with the Joint Statement with the Clerk of Court through the ECF system, so that the document is available for viewing and downloading from the Court's CM/ECF system.

*Counsel for Defendants Integrated Dermatology*
*Group, LLC, and Mark S. Amster, M.D.,*

Matthew D. Freeman, BBO #664355
Kathleen M. White, BBO #705994
JACKSON LEWIS P.C.
75 Park Plaza, 4th floor
Boston, MA 02116
617-367-0025
Matthew.Freeman@jacksonlewis.com
Kathleen.White@jacksonlewis.com

                                                                              */s/ Justine H. Brousseau*
                                                                              Justine H. Brousseau, Esq.

2