UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA STATZ,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>INTEGRATED DERMATOLOGY GROUP, LLC and MARK S. AMSTER, M.D.,<br><br>　　　Defendants. | Civil Action No.  1:20-cv-12233-MLW |

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendants Integrated Dermatology Group, LLC ("IDG") and Mark S. Amster, M.D. (collectively, "Defendants"), by their undersigned authorized representatives, and the undersigned counsel for Defendants, in accordance with Local Rule 16.1(D)(3) of the Local Rules of the United States District Court District of Massachusetts, hereby certify that they have conferred:

a)　　With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

b)　　To consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DEFENDANTS,

　　　　　　　　　　　　　　　　　　　　By their Attorneys,

*/s/ David Fuentes*
On behalf of Integrated Dermatology Group, LLC,

and

*/s/ Mark. S. Amster*

*/s/ Kathleen M. White*
Matthew D. Freeman (BBO No. 664355)
Kathleen M. White (BBO No. 705994)
JACKSON LEWIS P.C.
75 Park Plaza – 4th Floor
Boston, MA 02116

| | |
|---|---|
| Mark S. Amster, MD, Individually | (617) 367-0025; FAX: (617) 367-2155 |
| | Matthew.Freeman@JacksonLewis.com |
| | Kathleen.White@JacksonLewis.com |

Dated:  April 22, 2021

## CERTIFICATE OF SERVICE

    This hereby certifies that on April 22, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                             */s/ Kathleen M. White*
                                                                             Jackson Lewis, P.C.