UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA STATZ, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>INTEGRATED DERMATOLOGY GROUP, LLC )<br>and MARK S. AMSTER, M.D., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 20-12233-JGD |

## SCHEDULING ORDER

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The court adopts the following deadlines proposed by the parties in their Joint Statement:

   a. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) shall be completed by **May 21, 2021**.

   b. Except for good cause shown, the parties shall file any motions seeking leave to add new parties or amend the pleadings to assert new claims or defenses by **June 18, 2021**.

   c. Any interrogatories and requests for production of documents shall be served by **September 24, 2021.**

   d. Any requests for admission shall be served by **October 29, 2021**.

   e. The parties shall complete all depositions, other than expert depositions, by **January 31, 2022**.

   f. The parties shall complete all fact discovery by **January 31, 2022**.

2. As part of any L.R. 7.1 consultation in connection with any issue to be brought to the court's attention, the parties shall discuss and try to reach an agreement as to the

appropriate way to bring the dispute to the attention of the court, including whether full briefing and/or in-person oral argument is necessary. The parties shall notify the court of their proposal as to how best to proceed.

3. The next status conference is scheduled for **January 13, 2022 at 10:00 a.m.** The court will determine the format and location of the conference at a later date. At the that time, the parties shall be prepared to discuss:

    (a) the status of the case;
    (b) scheduling for the remainder of the case through trial; and
    (c) the use of alternative dispute resolution ("ADR") programs.

4. The parties shall submit a brief joint statement no later than three (3) business days before the conference addressing the issues itemized in paragraph 3 above. With respect to the use of ADR, the parties shall indicate whether an agreement has been reached but shall not identify their respective positions.

                                                     / s / Judith Gail Dein
                                                     Judith Gail Dein
                                                     United States Magistrate Judge

DATED: April 23, 2021